**Davis Arvin McTYRE, appellant,**

v.

**STATE of Texas, appellee.**

**No. 27010.**

Court of Criminal Appeals of Texas.

May 26, 1954.

No attorney on appeal for appellant.

Ewing Werlein, Dist. Atty., King C. Haynie, Asst. Dist. Atty., Houston, Wesley Dice, State's Atty., Austin for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of unlawfully carrying a pistol, and his punishment was assessed at six months in jail.

Appellant has filed his motion stating under oath that he desires to dismiss his appeal.

The motion is granted and the appeal is dismissed.

Opinion approved by the Court.